**Order entered October 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00005-CV

**PRISCILLA ALIA MCCURDY, Appellant**

**V.**

**RANDY LIGGETT, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10001**

## ORDER

Before the Court is appellant's September 26, 2019 motion for an extension of time to file her brief on the merits and appellant's October 2, 2019 motion requesting withdrawal of that motion. We **GRANT** appellant's October 2nd motion and withdraw her motion for an extension of time to file a brief from consideration.

/s/      KEN MOLBERG
        JUSTICE